## Skovronsky & Weiser
### Attorneys at Law

HARO
CHAR

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 12/12/2025 |

E M

NY 11230
-8886
-8104

The application is granted in part.  The Plaintiff shall have until January 16, 2026, to file the motion.  The Commissioner shall then have 30 days (*i.e.,* until February 16, 2026) to file a cross-motion.  If further time is needed to file the cross-motion, the Commissioner may so request and the Court will consider it at that time.

United States Magistrate Judge
Southern District of New York
Federal Courthouse
500 Pearl Street
New York, New York 10007

**SO ORDERED:**

12/12/2025    *Katharine H Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

Re:    CARROLL – v – COMMISSIONER OF SOCIAL SECURITY
       25-CV-6382

Honorable Judge Parker,

Pursuant to the Court's scheduling order, plaintiff's motion for judgment on the pleadings is to be filed and served on or before December 17, 2025.  As a result of an extraordinary backlog in my office, I will be unable to complete plaintiff's motion in timely fashion. Accordingly, I am constrained to ask the Court for a 30-day extension, whereby plaintiff's motion will be due on January 16, 2026.

The Assistant United States Attorney has kindly consented to this request but has requested that defendant be granted 60 days thereafter to cross-move.

Thank you for Your Honor's attention.

Respectfully,

*Harold Skovronsky*

Harold Skovronsky

HS:bs
cc:  Padma Ghatage
     Assistant United States Attorney