**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

SHAWANDA C.,

Plaintiff,

25 **CIVIL** 6382 (KHP)

-v-

# JUDGMENT

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 4, 2026, the Plaintiff's motion for judgment on the pleadings is GRANTED, and the action is hereby remanded to the Commissioner for the ALJ to properly develop the administrative record, including to determine whether there are in fact mental health treatment records from another provider and, if not, to consider ordering a consultative exam.

**Dated:** New York, New York

August 11, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**